■ AURORA BIAMONTE, Appellant, v 55-57 EAST 76TH STREET, INC., et al., Respondents, et al., Defendants.—Order and judgment (one paper), Supreme Court, New York County (David Saxe, J.), entered on October 15, 1990, unanimously affirmed for the reasons stated by David Saxe, J., with $250 costs and disbursements. No opinion. Concur—Sullivan, J. P., Wallach, Smith and Rubin, JJ.